**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Scott W. Peterson, <br><br> Plaintiff, <br><br> v. <br><br> Beacon Services, LLC, <br><br> Defendant. | Case No. 1:15-cv-00233 <br><br> **NOTICE OF SETTLEMENT** |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 30 days.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier, Esq.*
Richard J. Meier, Esq.
53 W. Jackson Blvd., Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-241-1841
Richard@meierllc.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:


*/s/ Richard J. Meier*